# UNITED STATES DISTRICT COURT
для the
District of Arizona

DOA
11-01-17

| United States of America | ) |
| v. | ) |
| Hernando Otero-Felix | ) Case No. 17-7538 MJ |
| (A205 418 307) | ) |
| *Defendant* | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 1, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Brandon Brown for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Count 1

On November 1, 2017, Hernando Otero-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## Count 2

On November 1, 2017, at or near Phoenix, in the District of Arizona, Hernando Otero-Felix, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 1, 2017, Hernando Otero-Felix was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Otero-Felix was examined by ICE Officer R. Lemme who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 1, 2017, Otero-Felix was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Otero-Felix was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hernando Otero-Felix to be a citizen of Mexico and a previously deported criminal alien. Otero-Felix was removed from the United States to Mexico at or near Nogales, Arizona, on or about November 22, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Otero-Felix in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Otero-Felix's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Hernando Otero-Felix in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Otero-Felix presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Otero-Felix entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Otero-Felix's immigration history was matched to him by electronic fingerprint comparison.

5. On November 1, 2017, Hernando Otero-Felix was advised of his constitutional rights. Otero-Felix freely and agreed to provide a statement under oath. Otero-Felix his complete name is Hernando Otero-Felix and that he is a citizen of Mexico. Otero-Felix stated that he illegally entered the United States in June 1, 2014, through "Sonoyta, MX LUK." Otero-Felix further stated that he had been removed from the United States to Mexico three (3) times and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 1, 2017, Hernando Otero-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on or about November 1, 2017, at or near Phoenix, in the District of Arizona, Hernando Otero-Felix, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of November, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge